**Motion GRANTED AND Order filed December 4, 2018.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-18-01036-CV
_____

## IN RE STATE OF TEXAS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1049234**

---

## ORDER

On November 30, 2018, relator State of Texas, filed a petition for writ of mandamus asking this court to order the Honorable Linda Storey, Judge of the County Civil Court at Law No. 3, in Harris County, Texas, to vacate her order dated October 30, 2018, granting the motion for new trial ("the new trial order").

Relator has also filed a motion asking this court to stay the new trial order and the trial set for January 14, 2019. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the new trial order and the trial set for January 14, 2019, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Fairfield Baptist Church, the real party-in-interest, to file a response to the petition for writ of mandamus on or before December 13, 2018**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.